AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Texas

United States Courts
Southern District of Texas
FILED
*July 02, 2025*
Nathan Ochsner, Clerk of Court

| | |
|---|---|
| United States of America<br>v.<br>Andys Luis Alvarez Herrera<br><br>*Defendant* | Case No. 4:25-mj-0400 |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Andys Luis Alvarez Herrera                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

  Title 21 United States Code, Section 846


Date:    06/29/2025

*Issuing officer's signature*

City and state:    Houston, Texas

Peter Bray, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 06/29/25, and the person was arrested on *(date)* 06/29/25
at *(city and state)* Houston, TX.

Date: 06/30/25

*Arresting officer's signature*

V. Heinrich, DUSM
*Printed name and title*